1  **WO**

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                 FOR THE DISTRICT OF ARIZONA

8
   Bunly Bou                          )    No.07-1764-PHX-SMM
9                                      )
              Petitioner,              )    **ORDER**
10                                     )
   v.                                  )
11                                     )
   Katrina Kane,                       )
12            Respondent.              )
                                       )
13

14         Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant

15  to 28 U.S.C. § 2241.  The matter was referred to Magistrate Judge Jay Irwin for Report and

   Recommendation.    On January 17, 2008, the Magistrate Judge filed a Report and
16
   Recommendation with this Court.  To date, no objections have been filed.
17
                              **STANDARD OF REVIEW**
18
           When reviewing a Magistrate Judge's Report and Recommendation, this Court "must
19
   make a de novo determination of those portions of the report . . . to which objection is made,"
20
   and "may accept, reject, or modify, in whole or in part, the findings or recommendations
21
   made by the Magistrate." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d
22
   1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454
23
   (9th Cir. 1983)).  Failure to object to a Magistrate Judge's recommendation relieves the Court
24
   of conducting de novo review of the Magistrate Judge's factual findings.  Orand v. United
25
   States, 602 F.2d 207 (9th Cir. 1979) (citing Campbell v. United States Dist. Court, 501 F.2d
26
   196 (9th Cir. 1974)); see also Barilla v. Ervin, 886 F.2d 1514 (9th Cir. 1989) (overruled on
27
   other grounds).  A failure to object to a Magistrate Judge's conclusion "is a factor to be
28

1   weighed in considering the propriety of finding waiver of an issue on appeal." <u>Turner v.</u>

2   <u>Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Baxter</u>, 923 F.2d at 1394; <u>Martinez v. Ylst</u>, 951

3   F.2d 1153, 1156 (9th Cir. 1991) (citing <u>McCall v. Andrus</u>, 628 F.2d 1185, 1187 (9th Cir.

4   1980)).

5                                              **DISCUSSION**

6          Having reviewed the Report and Recommendation of the Magistrate Judge, and no

7   Objections having been made by any party thereto, the Court hereby incorporates and adopts

8   the Magistrate Judge's Report and Recommendation.

9                                              **CONCLUSION**

10         For the reasons set forth herein,

11         **IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation

12   of the Magistrate Judge (Doc. 16).

13         **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus

14   is **DENIED** (Doc. 1), thereby terminating this case.

15         DATED this 12th day of March, 2008.

16

17

18   _____

19                       Stephen M. McNamee
                         United States District Judge

20

21

22

23

24

25

26

27

28                                                - 2 -